IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RUSSELL H. DEATON d/b/a DEATON CARPET AND OFFICE CLEANING, COLTER A. DEATON, and AARON LUTER, as Guardian of the Person and Conservator of the Estate of JOSHUA LUTER, a Disabled Person, <br><br> Defendants. | Case no. 3:22-cv-778-NJR |

**AMENDED STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

Plaintiff THE CINCINNATI INSURANCE COMPANY ("Cincinnati") and Defendant AARON LUTER, as Guardian of the Person and Conservator of the Estate of JOSHUA LUTER, a Disabled Person ("Luter"), by and through their respective counsel of record, jointly stipulate to a dismissal of this lawsuit with prejudice pursuant to FRCP 41(a)(1)(A)(ii). This Amended Stipulation is submitted pursuant to the written Mutual Release and Settlement Agreement between them, and in response to the Court's October 23, 2023 order (ECF #22) addressing a previously-filed Stipulation. In connection with this Amended Stipulation, Cincinnati and Luter state as follows:

1. Cincinnati filed this lawsuit as a declaratory judgment action to determine any insurance obligations that Cincinnati might owe to (a) COLTER DEATON ("C. Deaton") and/or (b) RUSSELL H. DEATON d/b/a DEATON CARPET AND OFFICE CLEANING ("R. Deaton"), in connection with a vehicular accident in which Joshua Luter was injured (the "Accident"). Luter was named in the declaratory judgment Complaint as a potentially necessary party.

2. Cincinnati and Luter are the only parties who have appeared in this action.

3. On September 29, 2022, Cincinnati filed a Motion for Default Judgment against R.Deaton and C.Deaton (ECF # 11). On October 11, 2022, the Court entered an Entry of Default against C.Deaton, R.Deaton personally and R.Deaton dba Deaton Carpet and Office Cleaning (ECF #13).

4. On October 19 and 20, 2023, a Mutual Release and Settlement Agreement (the "Agreement") was signed by or on behalf of all parties to this Lawsuit. Pursuant to that Agreement:

(a) the parties agreed that, for purposes of the Missouri Tort Victim Compensation Fund, policy no. EPP 007 84 99/EBA 007 84 99 issued by Cincinnati, by its terms, provided no coverage for the Accident;

(b) Luter, C.Deaton and R.Deaton agreed to release Cincinnati from any claim or obligation of any kind relating in any way to the Accident or this coverage action;

(c) Cincinnati agreed to release Luter, C.Deaton and R.Deaton from any claim or obligation owed to Cincinnati relating in any way to the Accident or this coverage action;

(d) Each party is to bear its own attorney fees and costs incurred in connection with the Cincinnati insurance dispute, including this declaratory judgment action; and

(e) Cincinnati agreed to file a Stipulation of Dismissal in this insurance declaratory judgment action.

5. By Order dated August 10, 2023, this Court directed the Clerk of Court to enter judgment of dismissal with prejudice on October 23, 2023, with each party to bear its own costs (ECF #21). This Amended Stipulation of Dismissal, and the related Agreement, were meant to complement the Court's anticipated judgment of dismissal.

**CINCINNATI INSURANCE COMPANY**

By: /s/ *Hope G. Nightingale*        Date: October 30, 2023
    Hope G. Nightingale (#06184864
    LITCHFIELD CAVO LLP
    303 W. Madison Street
    Chicago, IL 60606
    nightingale@litchfieldcavo.com

**AARON LUTER, as Guardian of the Person and Conservator of the Estate of JOSHUA LUTER, a Disabled Person**

By: /s/ *Jennifer Pitzer (with consent)*     Date:  October 30, 2023
      Jennifer Pitzer (#6306747 IL)
      ROSSITER & BOOCK LLC
      8909 Ladue Road
      St. Louis, MO 63124
      jpitzer@rossiterboock.com

Dated:  October 30, 2023       Respectfully Submitted,

THE CINCINNATI INSURANCE COMPANY

By:     /s/    *Hope G. Nightingale*
        One of its Counsel

Hope G. Nightingale (6184864)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, IL  60606
(312) 781-6614 (Direct)
(312) 781-6630 (Fax)
Email:  Nightingale@LitchfieldCavo.com

3

## CERTIFICATE OF SERVICE

I hereby certify that, on October 30, 2023, I caused the foregoing AMENDED STIPULATION OF DISMISSAL to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Hope G. Nightingale*